NOTE.—Reported in 139 N. E. 2d 185.

AMERICAN TRUST & SAVINGS BANK, EXECUTOR OF ESTATE OF GAZDICH *v.* GRIPP.

[No. 18,775. Filed March 12, 1956. Rehearing denied April 17, 1956. Transfer denied November 15, 1956.]

PER CURIAM.—We believe the petition to transfer this appeal to this court should be denied for the reasons stated in the opinion of the Appellate Court, except the statement that "Steve Gazdich as sole devisee of the decedent should have been made a party to this action in the trial court," and by our refusal to transfer we decide nothing as to this phase of the appeal.

Transfer denied.

NOTE.—Reported in 138 N. E. 2d 9.